**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02404-CMA

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

TRAVIS TRANI, individually, and in his official capacity as former Warden of Limon Correctional Facility,
PAULA FRANTZ, individually, and in her official capacity as Chief Medical Officer for the Colorado Department of Corrections,
JOAN SHOEMAKER, individually, and in her official capacity as Director of Clinical Services for the Colorado Department of Corrections,
DEEANN KAHLER, individually, and in her official capacity as Health Services Administrator for Limon Correctional Facility,
WILLIAM RUSHER, individually, and in his official capacity as Duty Officer for Limon Correctional Facility,
RANDY LIND, individually, and in his official capacity as Custody Control Manager for Limon Correctional Facility,
JOHN STIREWALT, individually, and in his official capacity as Shift Commander for Limon Correctional Facility,
RICHARD HOWARD individually, and in his official capacity as Shift Commander for Limon Correctional Facility,
RAY BOETKER individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
FNU JOHNSON individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
JOSEPH BALLARD individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
RICHARD SUTTCLIFFE individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
ERIC KATICA individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
WILLIAM NELSON individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
DAVID MAGGARD individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
HECTOR LOZANO individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,

BOB EBERLE individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
WENDY CHATTERTON individually, and in her official capacity as Corrections Officer for Limon Correctional Facility,
SCOTTY BUSHONG individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
CLINT FLORY individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
MARY SUSAN ROBINSON, RN individually, and in her official capacity as Nurse for Limon Correctional Facility,
SHERRY JASPER, RN individually, and in her official capacity as Nurse for Limon Correctional Facility,
GAILEEN CROWELL, RN individually, and in her official capacity as Nurse for Limon Correctional Facility,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. In my capacity as counsel for the University of Colorado, I advised the University regarding a dispute with Plaintiff. Due to information obtained as a result of that matter, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: November 15, 2010.

                                            BY THE COURT:

                                            *[signature: Christine M. Arguello]*

                                            CHRISTINE M. ARGUELLO
                                            United States District Judge