**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   10-cv-02404-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   February 3, 2011** | **Courtroom Deputy:**   Linda Kahoe |

| | |
|---|---|
| HOMAIDAN AL-TURKI, | Eric Kirsch Klein |
| | Gail Kathryn Johnson |
| Plaintiff, | |
| v. | |
| TRAVIS TRANI, *et al.,* | Gillian Dale |
| MARY SUSAN ROBINSON, | Rachel Ann Morris |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:       8:30 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion for Leave to File Second Amended Complaint, doc #[36], filed 2/1/2011.

Discussion regarding Motion to Stay All Proceedings Pending Immunity Determinations, doc #[32], filed 1/18/2011.

The court suggests that Plaintiff withdraw the Motion for Leave to File Second Amended Complaint, doc #[36], without prejudice to Plaintiff's right to file a new Motion for Leave to File an Amended Complaint.

The court proposes that Defendants withdraw Motion to Stay All Proceedings Pending Immunity Determinations, doc #[32].

The court proposes to stay all pretrial proceedings pending the filing and acceptance of a new amended complaint.

The court suggests that counsel informally agree that they will not proceed with discovery, nor will they serve discovery until a Status Conference is held.

**ORDERED:**   Motion to Stay All Proceedings Pending Immunity Determinations, doc #[32], is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   A Telephonic Status Conference is set for **1:00 p.m. on Friday, FEBRUARY 25, 2011.**  Counsel may appear in person.  *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

Discussion regarding Motion to Dismiss, doc #[31], filed 1/18/2011.

**ORDERED:**   Briefing on the pending Motion to Dismiss, doc #[31], is **STAYED** pending the outcome of the Status Conference on February 25, 2011.

HEARING CONCLUDED.

**Court in recess:**         **9:19 a.m.**
Total time in court:     00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.