**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-02404-WJM-CBS

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

TRAVIS TRANI, individually, and in his official capacity as former Warden of Limon Correctional Facility,
PAULA FRANTZ, individually, and in her official capacity as Chief Medical Officer for the Colorado Department of Corrections,
JOAN SHOEMAKER, individually, and in her official capacity as Director of Clinical Services for the Colorado Department of Corrections,
DEEANN KAHLER, individually, and in her official capacity as Health Services Administrator for Limon Correctional Facility,
WILLIAM RUSHER, individually, and in his official capacity as Duty Officer for Limon Correctional Facility,
RANDY LIND, individually, and in his official capacity as Custody Control Manager for Limon Correctional Facility,
JOHN STIREWART, individually, and in his official capacity as Shift Commander for Limon Correctional Facility,
RICHARD HOWARD, individually, and in his official capacity as Shift Commander for Limon Correctional Facility,
RAY BOETKER, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
FNU JOHNSON, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
JOSEPH BALLARD, individually, and in his official capacity as Corrections for Limon Correctional Facility,
RICHARD SUTTCLIFFE, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
ERIC KATICA, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
WILLIAM NELSON, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
DAVID MAGGARD, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
HECTOR LOZANO, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
BOB EBERLE, individually, and in his official capacity as Corrections Officer for Limon Correction Facility,

WENDY CHATTERTON, individually, and in her official capacity as Corrections Officer for Limon Correctional Facility,
SCOTT BUSHONG, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
CLINT FLORY, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
MARY SUSAN ROBINSON, RN, individually, and in her official capacity as Nurse for Limon Correctional Facility,
SHERRY JASPER, RN, individually, and in her official capacity as Nurse for Limon Correctional Facility, and
GAILEEN CORWELL, RN, individually, and in her official capacity as Nurse for Limon Correctional Facility,

      Defendants.

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint and to Amend Case Caption Accordingly. (ECF No. 46).

Pursuant to Fed. R. Civ. P. 15(a)(2), "The court should freely give leave (to amend the pleadings) when justice so requires." The phrase "freely given when justice so requires" has been liberally construed by the Tenth Circuit, see *U.S. ex rel. Ritchie v. Lockheed Martin Corp.*, 558 F.3d 1161, 1166 (10th Cir. 2009).

It is hereby ORDERED that Plaintiff's Unopposed Motion for leave to File Second Amended Complaint and to Amend Case Caption Accordingly is GRANTED. The Seconded Amended Complaint attached as Exhibit 1 to the Motion (ECF No. 46) is hereby accepted as filed. The caption of this case shall be amended in conformity with the Second Amended Complaint.

Dated this 22nd day of March, 2011.

                                        BY THE COURT:

                                        s/ *William J. Martínez*
                                        United States District Judge