**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Case No. 10-cv-02404-WJM-CBS

HOMAIDAN AL-TURKI,

    Plaintiff,
v.

TRAVIS TRANI, individually, and in his official capacity as former Warden of Limon Correctional Facility,
PAULA FRANTZ, individually, and in her official capacity as Chief Medical Officer for the Colorado Department of Corrections,
JOAN SHOEMAKER, individually, and in her official capacity as Director of Clinical Services for the Colorado Department of Corrections,
DEEANN KAHLER, individually, and in her official capacity as Health Services Administrator for Limon Correctional Facility,
WILLIAM RUSHER, individually, and in his official capacity as Duty Officer for Limon Correctional Facility,
RANDY LIND, individually, and in his official capacity as Custody Control Manager for Limon Correctional Facility,
JOHN STIREWART, individually, and in his official capacity as Shift Commander for Limon Correctional Facility,
RICHARD HOWARD, individually, and in his official capacity as Shift Commander for Limon Correctional Facility,
RAY BOETKER, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
FNU JOHNSON, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
JOSEPH BALLARD, individually, and in his official capacity as Corrections for Limon Correctional Facility,
RICHARD SUTTCLIFFE, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
ERIC KATICA, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
WILLIAM NELSON, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
DAVID MAGGARD, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
HECTOR LOZANO, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
BOB EBERLE, individually, and in his official capacity as Corrections Officer for Limon Correction Facility,

WENDY CHATTERTON, individually, and in her official capacity as Corrections Officer for Limon Correctional Facility,
SCOTT BUSHONG, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
CLINT FLORY, individually, and in his official capacity as Corrections Officer for Limon Correctional Facility,
MARY SUSAN ROBINSON, RN, individually, and in her official capacity as Nurse for Limon Correctional Facility,
SHERRY JASPER, RN, individually, and in her official capacity as Nurse for Limon Correctional Facility, and
GAILEEN CORWELL, RN, individually, and in her official capacity as Nurse for Limon Correctional Facility,

      Defendants.

---

## ORDER

---

      This matter comes before the Court on Plaintiff's Stipulation Dismissing Certain Defendants Without Prejudice (ECF No. 47).

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Homaidan Al-Turki, by and through his attorneys and all Defendants, by and through their respective attorneys, have stipulated to the dismissal without prejudice of the claims in this matter against Defendants Travis Trani, Paula Frantz, Joan Shoemaker, Deeann Kahler, William Rusher, Randy Lind, Richard Howard, Ray Roetker, James Johnson, Richard Suttcliffe, Eric Katica, William Nelson, Bob Eberle, Wendy Chatterton, Scotty Bushong, Clint Flory, Sherry Jasper, and Gaileen Crowell.

      It is hereby ORDERED that Plaintiff's claims against Defendants Travis Trani, Paula Frantz, Joan Shoemaker, Deeann Kahler, William Rusher, Randy Lind, Richard Howard, Ray Roetker, James Johnson, Richard Suttcliffe, Eric Katica, William Nelson,

Bob Eberle, Wendy Chatterton, Scotty Bushong, Clint Flory, Sherry Jasper, and Gaileen Crowell are hereby DISMISSED WITHOUT PREJUDICE. All parties shall bear their own attorney's fees and costs.

Dated this 22nd day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge