**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 10-cv-02404-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   July 11, 2011** | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| HOMAIDAN AL-TURKI, | James Sean Brennan |
| Plaintiff, | |
| v. | |
| JOHN STIREWALT, *et al.,* | Gillian Dale |
| MARY SUSAN ROBINSON, | Rachel Ann Morris |
| | William A. Rogers, III |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       3:04 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Unopposed Motion to Amend Scheduling Order to Accommodate Joinder of Parties and Amendment of Pleadings, doc #[66], filed 7/7/2011.

Mr. Brennan makes an oral motion to withdraw doc #[66].

**ORDERED:**   Mr. Brennan's oral motion to withdraw doc #[66] is **GRANTED**.  The Unopposed Motion to Amend Scheduling Order to Accommodate Joinder of Parties and Amendment of Pleadings, doc #[66] is **WITHDRAWN**.

Mr. Brennan makes an oral motion to extend the deadline for joinder of parties and amendment of pleadings until Wednesday, July 20, 2011.

Discussion regarding the Motion for Leave to File Third Amended Complaint Joining Former Defendants and to Amend Case Caption Accordingly, doc #[67], filed 7/7/2011.

Mr. Brennan makes an oral motion to withdraw doc #[67].

**ORDERED:** Mr. Brennan's oral motion to withdraw doc #[67] is **GRANTED**. The Motion for Leave to File Third Amended Complaint Joining Former Defendants and to Amend Case Caption Accordingly, doc #[67] is **WITHDRAWN WITHOUT PREJUDICE**. The Plaintiff is directed to file a new Motion for Leave to File Third Amended Complaint on or before **JULY 20, 2011.**

**ORDERED:** The deadline for joinder of parties and amendment of pleadings is **EXTENDED to JULY 20, 2011.**

**ORDERED:** The July 15, 2011 deadline for designating affirmative experts is **VACATED.** The September 1, 2011 deadline for designating rebuttal experts is **VACATED.**

**ORDERED:** A Telephonic Status Conference is set for **Tuesday, JULY 26, 2011 at 9:30 a.m.** The purpose of the Status Conference is to discuss the new Motion for Leave to Amend and setting new discovery deadlines. *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

HEARING CONCLUDED.

**Court in recess**:     3:33 p.m.
Total time in court:     00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.