**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

**Civil Action No.:   10-cv-02404-WJM-CBS**          **FTR** - Reporter Deck - Courtroom A402
**Date:   July 26, 2011**                                              **Courtroom Deputy:**   Linda Kahoe

HOMAIDAN AL-TURKI,                                          Eric Kirsch Klein
                                                                            Gail Kathryn Johnson

        Plaintiff,

        v.

JOHN STIREWALT, *et al.,*                                    Gillian Dale
MARY SUSAN ROBINSON,                             Rachel Ann Morris

        Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        9:33 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Motion for Leave to File Revised Third Amended Complaint Joining
Former Defendants and to Amend Case Caption Accordingly, doc #[71], filed 7/20/2011.

**ORDERED:**    The Motion for Leave to File Revised Third Amended Complaint Joining Former
                      Defendants and to Amend Case Caption Accordingly, doc #[71] is **GRANTED**.  The
                      Third Amended Complaint, doc #[71-1] is accepted and deemed filed as of today's
                      date.  The clerk's office is directed to amend the case caption as shown on the Third
                      Amended Complaint.

**ORDERED:**    A further Telephonic Status Conference is set for **AUGUST 22, 2011 at 11:00 a.m.**
                      The purpose of the Status Conference is to revisit scheduling deadlines, including
                      setting a new date for a Settlement Conference.  Plaintiff's counsel shall notify all
                      new attorneys of the date and time of the Status Conference.  *(Counsel shall*
                      *coordinate a conference all among themselves prior to contacting the court at*
                      *303.844.2117 at the scheduled time.)*

**ORDERED:**    The Settlement Conference currently set for August 24, 2011 at 1:30 p.m. is
                      **VACATED.**

HEARING CONCLUDED.
**Court in recess:        9:44 a.m.**
Total time in court:     00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free
at 1-800-962-3345.