**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02404-WJM-CBS

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

JOSEPH BALLARD, a Corrections Officer at Limon Correction Facility, in his individual capacity;
WENDY CHATTERTON, a Corrections Officer at Limon Correction Facility, in her individual capacity;
BOB EBERLE, a Corrections Officer at Limon Correction Facility, in his individual capacity;
RICHARD HOWARD, a Corrections Officer at Limon Correction Facility, in his individual capacity;
HECTOR LOZANO, a former Corrections Officer at Limon Correction Facility, in his individual capacity;
DAVID MAGGARD, a former Corrections Officer at Limon Correction Facility, in his individual capacity;
MARY SUSAN ROBINSON, RN, a former Nurse for Limon Correctional Facility, in her individual capacity;
WILLIAM RUSHER, a Captain and Staff Duty Officer at Limon Correction Facility, in his individual capacity;
JOHN STIREWALT, a former Shift Commander for Limon Correctional Facility, in his individual capacity;
HOWARD SUTTCLIFFE, a Corrections Officer at Limon Correction Facility, in his individual capacity,

    Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS
DEFENDANT RICHARD SUTCLIFFE WITH PREJUDICE**
_____

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss

1

Defendant Richard Sutcliffe[1] with Prejudice, filed April 9, 2012 (ECF No. 122).  The Court having reviewed the Parties' Stipulated Motion and the applicable Record ORDERS as follows:

The Parties' Stipulated Motion to Dismiss Defendant Richard Sutcliffe with Prejudice is GRANTED.   Any and all claims against Defendant Richard Sutcliffe are DISMISSED WITH PREJUDICE.  Each party affected by this Order shall pay his own attorney's fees and costs.

Dated this 10th day of April, 2012.

BY THE COURT:

*[signature]*

William J. Martinez
United States District Judge

---

[1] Incorrectly captioned as Howard Suttcliffe.