**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02404-WJM-CBS

HOMAIDAN AL-TURKI,

Plaintiff,

v.

JOSEPH BALLARD, *et al*.,

Defendants.

---

**Exhibits to PLAINTIFF'S RESPONSE TO DEFENDANT'S BALLARD, LOZANO, MAGGARD, AND STIREWALT'S MOTION TO LIMIT EXPERT TESTIMONY BY ROBERT B. GREIFINGER, M.D. (DOC. 156)**

---