| ADMINISTRATIVE REGULATION<br><br>COLORADO DEPARTMENT OF CORRECTIONS | | REGULATION NUMBER<br>700-02 | PAGE NUMBER<br>1 OF 9 |
|---|---|---|---|
| | | CHAPTER: Offender Health Services | |
| | | SUBJECT: Medical Scope of Service | |
| RELATED STANDARDS: ACA Standards 2-CO-4E-01, 4-4143, 4-4144, 4-4344, 4-4346 through 4-4348, 4-4350 through 4-4352, 4-4359, 4-4361, 4-4375, 4-4376, 4-4390, 4-4393, 4-4394, 4-4397 through 4-4399, 4-4403, 4-4407, 4-4417 through 4-4419 | | EFFECTIVE DATE: September 1, 2008 | |
| | | SUPERSESSION: 10/01/07 | |
| OPR: OCS | REVIEW MONTH: July | Aristedes W. Zavaras<br>Executive Director | |

I. POLICY

It shall be the intent of the Department of Corrections (DOC) to assure that offenders have access to medical care that, at a minimum, is essential to life. Care, without which the offender could not be maintained without significant risk of further serious deterioration of the condition, reduction of the chance of possible convalescence after release, or significant pain or discomfort, will be based on a case by case review.

II. PURPOSE

The purpose of this administrative regulation is to establish the medical scope by which services will be provided to DOC offenders.

III. DEFINITIONS

A. Automatic External Defibrillator (AED): A device designed to interpret cardiac rhythm and deliver an electrical shock.

B. Basic Health: The physical condition of an individual that enables an individual to function at his/her appropriate maximum capacity.

C. ***Clinical Assistants: Offender porters who provide familial, non-medical duties commensurate with their level of training to other offenders. [4-4143] [4-4393]***

D. Contract Worker: Any person employed under contractual arrangement to provide services to the DOC: any person employed by private or public sector agencies who is serving under DOC special assignment to provide services or support to DOC programs. The employee/employer relationship lies with the contractor. All Department agreements are for a specified period and are renewable.

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 09/01/08 |

E. DOC Employee: Someone who occupies a classified, full or part-time, position in the State Personnel System in which the Department has affect over pay, tenure, and status.

F. Health Care Practitioner: DOC employee or contract worker that is a clinician trained to diagnose and treat patients, e.g., physicians, dentists, psychologists, optometrists, nurse practitioners and physician assistants.

G. Health Care Professional: DOC employee or contract worker who performs clinical duties, e.g., health care practitioners, nurses, social workers, emergency medical technicians, in accordance with each health care professionals' scope of training and applicable licensing, certification, and regulatory requirements.

H. Health Trained Personnel: Correctional officer or other DOC employee or contract worker who may be trained and appropriately supervised to carry out specific duties with regard to the administration of health care.

I. Medical Services: Medical services that are required for prevention, restoration, and maintenance care for an individual's basic health.

J. Mental Health Care Practitioner: DOC employee or contract worker who performs clinical duties for mentally ill patients, e.g., physicians, psychologists, nurses, social workers, and licensed professional counselors, in accordance with each health care professional's scope of training and applicable licensing, certification, and regulatory requirements.

IV. PROCEDURES

***The chief medical officer and the deputy director of Prisons, Clinical Services, are responsible for the development and maintenance of procedures that provide for medical levels of services. [2-CO-4E-01]*** Specific procedures will be developed that cover the following areas:

A. Medical services will be provided in a manner that assures the maintenance of basic health and prevention of health deterioration. Conditions that can be stabilized within the correctional facility/office will be evaluated regularly and treated as indicated. ***Medical services [2-CO-4E-01]*** provided shall include, but not be limited to, statutorily mandated medical services such as emergency care, medical cases that, without treatment, could result in further deterioration of an essential nature of an offender's condition or in serious debilitating pain, and other services as listed below.

1. ***Emergency care [2-CO-4E-01]*** and assessment will be provided in each facility.

    a. Each facility/center will establish a Clinical Services emergency plan to ***provide for access to 24 hour emergency medical, dental, and mental health care. The plan will include arrangements for the following:***

        1) ***On-site emergency first aid and crisis intervention.***

        2) ***Emergency evacuation of the offender from the facility.***

        3) ***Use of an emergency medical vehicle.***

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 09/01/08 |

4) ***Use of one or more designated hospital emergency rooms or other appropriate health facilities.***

5) ***Emergency on-call physician, dentist, and mental health professional services when the emergency health facility is not located in a nearby community.***

6) ***Security procedures providing for the immediate transfer of offenders, when appropriate. [4-4351]***

b. ***First aid kits and defibrillators, preferably automated external defibrillators (AED), are available in designated areas, [4-4390]*** as determined by the local health authority in conjunction with the appointing authority. First aid kits will be sealed and maintained according to facility specific policy. AEDs will be maintained and tested in accordance with manufacturer guidelines.

2. ***Acute care [2-CO-4E-01]*** hospitalizations are provided in contracted community hospitals for both emergency care and elective procedures. ***The use of elective surgery is governed by specific criteria, as documented in the managed care preauthorization material. [4-4398]*** These facilities will meet the legal requirements for a licensed general hospital with respect to services it offers.

3. ***Preventive care [2-CO-4E-01]*** will include health screenings upon admission, as well as medical screenings of offenders transferred between correctional facilities/offices as directed by AR 700-07, *Offender Health Examinations*, health education, immunizations, TB skin testing, public health measures to prevent the spread of disease, and instruction in self-care in health and illness.

a. ***Female health care [2-CO-4E-01]*** will be provided to include, but not limited to, pap smears and mammographies.

b. ***Health education will include the following components:***

1) ***Initial admission-orientation sessions.***

2) ***Distribution of instructional health materials.***

3) ***Cooperation with medical DOC employees and contract workers in training of good health habits including information on first aid and emergency procedures; personal hygiene; self-care for chronic illness; the effects of smoking; drug and alcohol abuse; communicable disease control, including tuberculosis, venereal disease; AIDS; hepatitis; dental hygiene; and the dangers of self medication. [4-4361]***

4) ***Education on the performance of self-care and personal hygiene for offenders with disabilities. [4-4144]***

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 09/01/08 |

4. ***Convalescent care [2-CO-4E-01]*** will, in general, be provided in the infirmary, but upon medical/mental health acuity, an offender may be referred back to the facility clinic or out to an appropriate medical facility. ***A written treatment plan approved by the appropriate health care practitioner will include directions to health and correctional DOC employees and contract workers regarding care and supervision of the offender during his/her convalescence. [4-4350]***

5. ***Nursing care [2-CO-4E-01]*** for offenders with special medical needs will be provided at the Fort Lyon Correctional Facility for offenders who require 24-hour nursing care chronically or who are unable to be managed medically in any other correctional facility.

6. ***Infirmary care [2-CO-4E-01] is provided at Colorado Territorial Correctional Facility (CTCF) and Denver Reception and Diagnostic Center (DRDC). [4-4352] Offenders housed in the infirmary will have access to sufficient bathing facilities to be allowed to bathe daily. [4-4417] Washbasins and toilets will be provided at a ratio consistent with general population living units. [4-4418] [4-4419] Infirmary care shall include the following:***

    a. ***Definition of the scope of infirmary care services available.***

    b. ***A physician on call 24 hours per day.***

    c. ***Health care DOC employees and contract workers with access to a physician or a registered nurse 24 hours per day, when offenders are present.***

    d. ***All offenders/patients within sight or sound of DOC employees and contract workers.***

    e. ***A manual of nursing care procedures.***

    f. A separate and complete infirmary record within the medical record for each offender.

    g. ***Compliance with applicable state statutes and local licensing requirements. [4-4352]***

    h. ***Areas available to meet exercise and physical therapy requirements. [4-4407]***

    i. Hospice or end of life care for terminally ill offenders.

7. ***Clinic out-patient care [2-CO-4E-01] is provided at each facility which includes, but is not limited to:***

    a. ***Sick call:***

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 09/01/08 |

1) ***Clinical services are available to offenders in a clinical setting at least five days per week and are performed by a health care practitioner or other qualified health care professional. [4-4346]***

2) ***Requests for health care (kites) are triaged daily by qualified health care professionals or health trained DOC employees and contract workers. Appointments are scheduled based on priority. [4-4346]***

b. ***Chronic disease care [2-CO-4E-01]*** will be provided by physicians or mid level providers to offenders in all facilities.

1) ***A chronic care treatment plan approved by the appropriate health care practitioner is required. The treatment plan must give directions to health and correctional DOC employees and contract workers regarding care that includes monitoring of medications, laboratory testing, chronic care clinics, health record forms, and the frequency of the specialty consultations and reviews. [4-4350] [4-4359]***

2) Some chronic illnesses preclude placement in minimum centers and/or community corrections.

3) Unless otherwise authorized, offenders under the supervision of Adult Parole, Community Corrections, and Youthful Offender System (Phase III) are responsible for their own medical care.

c. ***Medical or dental adaptive devices (eyeglasses, hearing aids, dentures, wheelchairs, or other prosthetic devices), will be provided when medically necessary, as determined by the responsible health care practitioner. Prosthetic devices will be provided to qualifying offenders to prevent deterioration and/or deformity. [4-4375]***

d. Pregnancy management will also be provided as outlined in AR 700-12, *Birth Control, Pregnancy, Child Placement, and Abortion.*

e. A dialysis clinic is provided for male and female offenders at DWCF.

f. ***Nursing care [2-CO-4E-01]*** is available at each correctional facility and each infirmary. All health care professional DOC employees and contract workers are guided by the DOC Clinical Standards and Procedures, which establishes the standard for all correctional health care delivery for both providers and nurses. The Lippencott Manual of Nursing Practice, Milliman Care Guidelines, and other appropriate health care professional sources may be used as reference for providers and nurses.

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 09/01/08 |

8. ***Specialty care [2-CO-4E-01]*** is provided by contracted providers. Primary care providers will refer offenders to specialists, as needed. ***A written list of referral sources will include emergency and routine care. The list will be reviewed and updated at least annually. Patients who need health care beyond the resources available in the facility, as determined by the responsible health care practitioner, will be transferred under appropriate security provisions to a facility where such care is available. [4-4348]***

9. ***The DOC does not provide detoxification services; however, in the event of an overdose, or if an offender requires detoxification, he/she will be transferred to a local hospital. Specific guidelines outlined in the Clinical Standards and Procedures will be followed for the treatment and observation of offenders manifesting mild or moderate symptoms of intoxication or withdrawal from alcohol and other drugs. [4-4376]***

10. ***Special Needs: There will be a consultation between the facility and program administrator, or designee, and the responsible health care practitioner, or designee, prior to taking action regarding chronically ill, physically disabled, geriatric, seriously mentally ill, or developmentally disabled offenders in the following areas:***

    a. ***Housing assignments.***

    b. ***Program assignments.***

    c. ***Disciplinary measures.***

    d. ***Transfers to other facilities.***

    ***When immediate action is required, consultation to review the appropriateness of the action occurs as soon as possible, but no later than 72 hours after the action is taken. [4-4399]***

11. The DOC will provide appropriate training to clinical assistants and make every effort to screen out any offender having a history of victimization, theft, or violence. With approval of the facility administrative head, ***offender clinical assistants may perform familial duties for other offenders commensurate with their level of training. Duties will be performed under DOC employee and contract worker supervision and may include: [4-4143] [4-4393]***

    a. ***Peer support and education.***

    b. ***Hospice activities.***

    c. ***Assisting impaired/disabled offenders who cannot otherwise perform daily life functions.***

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 09/01/08 |

d. ***Serving as a suicide companion or buddy, if qualified, and trained through a formal program that is part of a suicide prevention plan.***

***Offenders will not be used for direct patient care, scheduling health appointments, determining access of other offenders to health care services, handling any medical instruments, medications, or health records, or operating any medical equipment. [4-4393]***

12. ***Continuity of care will be provided from admission to discharge from the facility, including referral to community care when indicated. Offender health care records should be reviewed by the facility's qualified health care professional upon arrival from outside health care entities including those from inside the correctional system. [4-4347]*** Prior to parole, it is the intent of the DOC to link offenders with treatment options for conditions, that if not treated are reasonably expected to deteriorate and will result in permanent loss of function or unmanageable pain.

B. ***Upon arrival to each facility, the procedure for submitting a request for health care [4-4346] and the grievance system will be communicated orally and in writing to offenders and put in a language clearly understood by each offender, [4-4344]*** as well as other health care policies reviewed as indicated. Clinical Services shall maintain a schedule of covered services for offenders that will describe all health benefits and exclusions available to offenders.

C. ***Unimpeded access to care by offenders to Clinical Services will be [4-4344]*** assured by requiring that only health care professionals make the determinations regarding medical appropriateness of health care delivered. Medical treatment decisions by health care professionals are not subject to alteration or reversal by non-medical DOC employees and contract workers.

D. ***Administrative regulation 850-04, Grievance Procedure, provides a system for processing complaints regarding access to health care and health care concerns. [4-4344] [4-4394]***

E. Offender's rights shall include the right to dignity, ***informed consent, [2-CO-4E-01]*** confidentiality, and ***privacy in the consultation, examination, procedures, and treatments provided [4-4403]*** by Clinical Services.

1. Confidentiality: Offenders have a right to confidentiality when health care services are rendered. Escort officers and non-medical DOC employees and contract workers who are present when medical care is provided are required to maintain and protect this confidentiality.

2. ***Informed Consent: Prior to the initiation of a clinical procedure, the health care practitioner will explain the procedure, alternatives, and potential risks in a language understood by the offender. The offender will be requested to sign a written consent form (Form 31246) authorizing the specific treatment contemplated. This form will be placed in the offender's health record and a copy given to the offender. In the case of minors, the informed consent of parent, guardian, or legal custodian applies when required by law. When***

***health care is rendered against the patient's will, it is in accordance with state and federal laws and regulations. [4-4397]***

3. ***Waiver of Consent: Involuntary treatment shall be provided to offenders in an emergency situation, as defined by Clinical Services DOC employees and contract workers and legal mandates. Anytime a clinical emergency arises, the informed consent requirements shall be waived. In emergencies, clinical treatment may be given without threat of legal liability, when based on the judgment of the health care professional, the offender is unable to make an informed decision based on the condition of the offender (e.g., unconscious). [4-4397]***

4. ***Refusal of Treatment: An offender has the right to refuse treatment. If the offender refuses treatment he/she must sign the "Refusal of Treatment" form (Form 31213). If the offender refuses to sign the refusal form, it must be signed by two witnesses. The completed form will be placed in the offender's health, dental, or mental health record, as appropriate, and a copy given to the offender. [4-4397]***

F. The DOC Clinical Standards and Procedures will be utilized in the clinic operations and treatment of offenders by health care professionals, DOC employees, and contract workers.

These standards will be in writing and consistent with current medical practices. They will be reviewed annually by the chief medical officer and the deputy director of Prisons, Clinical Services, and revised as current medical practice would indicate. In addition, they will provide the basis for ongoing quality management surveys.

G. The medical classification of offenders may affect the security classification/placement of offenders.

H. Quality management monitoring and education shall be utilized at the management level to ensure the effective and efficient utilization of all Clinical Services resources, as directed in AR 700-10, *Quality Management Program.*

I. DOC Employee Health Care: Medical DOC employees and contract workers will respond to DOC employee emergency situations by assessing the extent of the medical emergency and if indicated, will provide treatment for stabilization until transport to the nearest medical facility can occur. General medical care will not be provided to DOC employees, contract workers or volunteers. In the event that emergency services are rendered, clinical DOC employees and contract workers should fill out an incident report and copy the shift commander and the health services administrator.

J. Visitor Health Care: It is the responsibility of medical DOC employees and contract workers to respond to emergency medical care needs of any visitor (offender family, delivery person, volunteers, etc.) while they are on DOC grounds (inside the facility or on the property) awaiting the arrival of the local EMS.

| CHAPTER | SUBJECT | AR # | Page 9 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 09/01/08 |

V. RESPONSIBILITY

It shall be the responsibility of Clinical Services to provide offender medical care pursuant to current DOC policies and procedures.

VI. AUTHORITY

A. CRS 17-1-103. Duties of the executive director.

B. Montez Remedial Plan, Chapter XIV

VII. HISTORY

October 1, 2006
October 1, 2005
March 15, 2005
September 15, 2004
February 15, 2004
February 15, 2003
August 15, 2002
August 15, 2001

ATTACHMENTS: A. AR Form 100-01A, Administrative Regulation Implementation/Adjustments

# ADMINISTRATIVE REGULATION IMPLEMENTATION/ADJUSTMENTS

AR Form 100-01A (04/15/08)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | 09/01/08 |

(FACILITY/WORK UNIT NAME)______________________________

WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN [ ] NOT APPLICABLE [ ] WITH THE FOLLOWING PROCEDURES TO ACCOMPLISH THE INTENT OF THE AR

(SIGNED) ______________________________ (DATE) ______________

Administrative Head

Attachment "A"

Page 1 of 1