IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02404-WJM-CBS

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

MARY SUSAN ROBINSON, RN, a former Nurse for Limon Correctional Facility, in her individual capacity;

    Defendant.

## MOTION TO WITHDRAW BY ATTORNEY TIFFANY A. UPDEGRAFF

Tiffany A. Updegraff, as counsel for Defendant Mary Susan Robinson, RN, pursuant to D.C. Colo.L.Civ.R. 83.3(d) hereby moves this Court for an Order allowing her to withdraw as counsel of record for said Defendant. Tiffany A. Updegraff will no longer be associated with the law firm of Wood, Ris & Hames P.C. after May 2, 2013 and will have no further interest in this matter after that date. William A. Rogers, III and Rachel A. Morris will continue as counsel on behalf of the Defendant in the above-captioned case. Tiffany A. Updegraff requests that her name be removed from the United States District Court for the District of Colorado electronic case filing system.

Respectfully submitted this 30th day of April, 2013.

                      WOOD, RIS & HAMES, P.C.

                      /s/ Tiffany A. Updegraff
                      Tiffany A. Updegraff
                      1775 Sherman Street, Suite 1600
                      Denver, Colorado 80203
                      Telephone:  (303) 863-7700
                      Fax:  (303) 830-8772
                      Email:  tupdegraff@wrhlaw.com

                      Attorneys for Defendant
                      Mary Susan Robinson, RN

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2013, a copy of this **MOTION TO WITHDRAW BY ATTORNEY TIFFANY A. UPDEGRAFF** was filed with the Clerk of Court using the CM/ECF system, and served electronically on the following:

Gail Kathryn Johnson
James Sean Brennan
Eric Kirsch Klein
gjohnson@johnson-brennan.com
jbrennan@johnson-brennan.com
eklein@johnson-brennan.com
    Attorneys for Plaintiff

    /s/ Tiffany A. Updegraff
    Tiffany A. Updegraff