**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02404-WJM-CBS

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

MARY SUSAN ROBINSON, RN, in her individual capacity,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO PERMIT PLAINTIFF
TO APPEAR IN CIVILIAN CLOTHING AT TRIAL**

---

    This matter is before the Court on Plaintiff's Motion to Permit Plaintiff to Appear in Civilian Clothing at Trial (Doc. 261). Upon being duly advised, the Court ORDERS that the Motion is GRANTED. Accordingly, the Court ORDERS Plaintiff Homaidan Al-Turki shall be allowed to dress in civilian clothes for the jury trial beginning November 16, 2015, and continuing for the duration of the trial.

    Dated this 13th day of October, 2015.

                                                    BY THE COURT:

                                                    William J. Martínez
                                                    United States District Judge