IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  October 30, 2015 |
| Court Reporter:     Gwen Daniel | Time: fifteen minutes |

_____

Civil Case No.   10-cv-02404-WJM-CBS         Counsel:

HOMAIDAN AL-TURKI,                           Eric K. Klein
                                             Gail K. Johnson
       Plaintiff,                            James S. Brennan

v.

MARY SUSAN ROBINSON, RN,                     William A. Rogers
                                             Rachel A. Morris
       Defendant.                            Brendan L. Loy

_____

COURTROOM MINUTES
_____

FINAL TRIAL PREPARATION CONFERENCE

03:05 p.m.    Court in Session

Appearances

Court's comments

This case is set for a five-day jury trial Monday, November 16, 2015.

**ORDERED:  Plaintiff's Unopposed Motion For Leave to Amend Witness List [315] is GRANTED.   The attached Exhibit to the Motion is accepted as filed.**

**ORDERED:  Both sides shall e-mail chambers with a list identifying by name and capacity all individuals who will be seated at counsel tables during trial.**

1

**ORDERED:  Each side will have 20 minutes for opening statements.**

**ORDERED:  Counsel shall be present at 8:30 a.m. on Monday, November 16th. Any pretrial matters will be addressed at that time.**

**ORDERED:  Counsel shall have a face-to-face meeting by Wednesday, November 11th to try to reach additional stipulations as to authenticity and admissibility of  exhibits.**

**Each side shall file a final, revised Exhibit List by November 12th.**

Argument/Discussion

**ORDERED:  Plaintiff's request that his expert witness be exempt from the sequestration order is DENIED.**

Discussion concerning *voir dire*

**ORDERED:  Each side will have 40 minutes for *voir dire*, with a ten-minute warning.**

After each side finishes their *voir dire*, the parties will approach for a bench conference to see if there are any additional Court *voir dire* questions that should be asked.

Argument/Discussion

**ORDERED:  Defendant shall file by November 3rd a document regarding the Rule 702 Order; Plaintiff has until November 5th to file its response; no reply will be accepted.  These filings shall not be more than five pages in length, exclusive of the attorney signature block and certificate of service.**

03:20 p.m.   Court in Recess
Conference concluded.