**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02404-WJM-CBS

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

MARY SUSAN ROBINSON, RN, in her individual capacity,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO DISMISS MARY SUSAN ROBINSON
WITH PREJUDICE AND TO SUBSTITUTE THE
COLORADO DEPARTMENT OF CORRECTIONS**

---

This matter comes before the Court on the Joint Motion to Dismiss Mary Susan Robinson with Prejudice and to Substitute the Colorado Department of Corrections, filed January 19, 2016. (ECF No. 329.) The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Joint Motion (ECF No. 329) is GRANTED. Pursuant to the parties' stipulation in the Joint Motion, the individually-named Defendant, Mary Susan Robinson, is dismissed with prejudice, to be substituted by the Colorado Department of Corrections as the sole remaining Defendant in this matter.

The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 20th day of January, 2016.

BY THE COURT:

William J. Martínez
United States District Judge