**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-2404-WJM-CBS

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

This matter is before the Court on the Stipulated Motion to Dismiss with Prejudice filed January 22, 2016, (ECF No. 331).  The Court being fully advised hereby ORDERS as follows:

The Motion to Dismiss with Prejudice is GRANTED.  The above-captioned case is hereby DISMISSED WITH PREJUDICE in accordance with F.R.C.P. 41(a)(2).  Each party shall be responsible for his and its own costs and attorney's fees.

Dated this 15th day of March, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge